STORM MACHIINE　Using the earliest available time：2024 年的 11-12 月

Current sales region: United States

As of now, the sales revenue is over 5787709 US dollars

Marketing cost $1013120

The relevant Amazon screenshots are as follows:





