| | | | | |
|---|---|---|---|---|
| [90764339](#) | ECH2O STORM | GEO-STORM<br>[Image tor 90764339](#) | Live | IC 007: Aerators being machines for use with a pump for aerating the liquid being pumped. |
| [76374950](#) | STORM | STORM<br>[Image tor 76374950](#) | Live | IC 007: snow throwers and structural parts thereof. |
| [79385453](#) | STORM | STORM<br>[Image for 79385453](#) | Live | IC 007: Motors for boats; motors, electric, other than for land vehicles.; IC 009: Batteries; batteries for boats; |
| [75022333](#) | STORM | STORM<br>[Image for 75022333](#) | Live | IC 007: machine tools, namely, lathes. |
| [90894470](#) | STORM | STORM<br>[Image for 90894470](#) | Live | IC 007: Automatic drilling machines used to control drilling and automatically identify when stick-slip |
| [87789983](#) | STORM | STORM<br>[Image for 87789983](#) | Live | IC 007: Beverage preparation machines, electromechanical; Beverage processing machines; |
| [75753928](#) | STORM | STORM<br>[Image for 75753928](#) | Live | IC 007: ELECTRICALLY OPERATED PNEUMATIC HAND TOOLS, NAMELY, AIR OPERATED GRINDERS; AIR |
| [99116393](#) | STORM | STORM<br>[Image for 99116393](#) | Live | IC 007: Coffee extracting machines; Power-operated coffee grinders.; IC 011: Electric coffee machines.; IC 021: |
| [86562662](#) | STORM | STORM<br>[Image for 86562662](#) | Live | IC 007: Electric machines and apparatus for carpet shampooing; Vacuum cleaners. |
| [88565478](#) | STORM BRO | STORM BRO<br>[Image for 88565478](#) | Live | IC 007: Air compressors; Automotive service equipment, namely, brake flushing machines; Car lifts; Dust |
| [87749921](#) | STORM FORCE | STORM FORCE<br>[Image for 87749921](#) | Live | IC 007: Axial blower mechanism sold as a component part of electrically-powered leaf blowers. |

| Serial | Mark | Image | Status | Goods/Services |
|---|---|---|---|---|
| 88386026 | BALE STORM | Image for 88386026 | Live | IC 007: Agricultural machinery, namely, bale processors used in the hay and forage industry. |
| 78336900 | SILENT STORM | Image for 78336900 | Live | IC 007: Self-contained electronically driven machines for disbursing confetti. |
| 87978107 | MAX STORM | Image for 87978107 | Live | IC 007: Air movers, namely, air circulating machines for use in the inflatable goods industry, pet and |
| 90632533 | ENERGY STORM | Image for 90632533 | Live | IC 007: AC generators; DC generators; Electric generators; Gas-operated power generators. |
| 79298311 | INTERTOOL STORM | Image for 79298311 | Live | IC 007: screwdrivers, electric.; IC 008: Hand-operated tools for repair and maintenance of musical instruments.; |
| 86856148 | STORM MIXER | Image for 86856148 | Live | IC 007: Mixing machines, namely, static mixers; mixing machines for chemical mixing. |
| 90278168 | TURF STORM | Image for 90278168 | Live | IC 007: lawn care equipment, namely, stand-on self-propelled granular spreader and liquid sprayer, and |
| 88809613 | NINJA STORM | Image for 88809613 | Live | IC 007: Electric kitchen appliances for household use, namely, electric blenders, electric food blenders, |
| 88910806 | HEAT STORM | Image for 88910806 | Live | IC 007: Heat Exchanger sold as a component of pressure washers. |
| 85000808 | STORM WASH | Image for 85000808 | Live | IC 007: Dishwashers. |
| 88429757 | STORM SHIELD | Image for 88429757 | Live | IC 007: Fitted weatherproof covers specially adapted for portable electric power generators. |

| 88429953 | STORM SHIELD | Image for 88429953 | Live | IC 007: Fitted weatherproof covers specially adapted for portable electric power generators. |
| 88429994 | STORM SHIELD | Image for 88429994 | Live | IC 007: Fitted weatherproof covers specially adapted for portable electric power generators. |
| 90089860 | TAKING AVIATION BY STORM | Image for 90089860 | Live | IC 007: Aircraft engine parts, namely, air pumps, fuel pumps, carburetors, check valve manifolds, vacuum switch |
| 79240727 | BURRASCA | Image for 79240727 | Live | IC 007: Engines for water vehicles.; IC 012: Vehicles for travel by land and by water; engines for land vehicles. |
| 97327750 | | Image for 97327750 | Live | IC 007: Automotive intake manifolds; Automotive parts, namely, turbocharger systems; Engine cooling |
| 88245051 | POWERFUN | Image for 88245051 | Live | IC 007: Ducted fans for motors and engines; Electric ducted fan (EDF) engines, not for land vehicles; Electric |
| 85582213 | TORQSTORM | Image for 85582213 | Live | IC 007: Supercharger for internal combustion engines. |
| 99084004 | HELISTORM | Image for 99084004 | Live | IC 007: Electric motors, not for land vehicles; Internal combustion engines for power generation, other than for |
| 98242712 | ORANGESTORM | Image for 98242712 | Live | IC 007: 3D printers; 3D printers; 3D printing pens; Electric washing machines for industrial purposes; |
| 77152779 | STORMPRO | Image for 77152779 | Live | IC 007: Sewer pumps and sump pumps. |
| 85969808 | WAFERSTORM | Image for 85969808 | Live | IC 007: semiconductor single wafer wet processing machines using solvent chemicals. |

| | | STORMLOCK | | |
|---|---|---|---|---|
| [87958407](#) | VOLTSTORM | [Image for 87958407](#) | Live | IC 007: [ Compressed air pumps; ] Fuel pumps for land vehicle engines; Fuel pumps for land vehicles; Ignition parts |
| [87170121](#) | TWINSTORM | TWINSTORM [Image for 87170121](#) | Live | IC 007: Machines for lawn and grounds maintenance, namely, leaf blowers and snow blowers; Lawn and |
| [86947053](#) | STORMCELL | StormCell [Image for 86947053](#) | Live | IC 007: Sump pumps.; IC 009: Batteries. |
| [97493637](#) | VASTORM | Vastorm [Image for 97493637](#) | Live | IC 007: Automatic swimming pool cleaners and parts therefor; Cleaning appliances utilizing steam; Electric |
| [88951577](#) | PERFSTORM | GeoSTORM [Image for 88951577](#) | Live | IC 007: Perforating machinery, namely, perforating gun systems for oil and gas wells. |
| [99091315](#) | STILLSTORM | stillstorm [Image for 99091315](#) | Live | IC 007: Power-operated blowers; Power blowers for lawn debris; Car washing and vacuuming equipment, |
| [79272722](#) | STORMEYE | STORMEYE [Image for 79272722](#) | Live | IC 007: Core drilling bits; rock drills; drilling bits, namely, drill bits for power drills; drill bits for rock drilling; |
| [97097573](#) | QUIETSTORM | QUIETSTORM [Image for 97097573](#) | Live | IC 007: GARBAGE DISPOSALS. |
| [90634993](#) | STORMWASH | STORMFORGE [Image for 90634993](#) | Live | IC 007: Dishwashers; Dish washing machines for household purposes. |
| [77502995](#) | STORMFORCE | STORMFORCE [Image for 77502995](#) | Live | IC 007: internal combustion engines, namely, 2-cycle and 4-cycle gasoline engines for use in generators, |
| [79045226](#) | STORMAJOR | StormTree [Image for 79045226](#) | Live | IC 007: Mechanical loading and unloading machines for transloading of bulk material on conveying devices |

| | | BLUSTORM | | |
|---|---|---|---|---|
| 86947051 | STORMCELL | Image for 86947051 | Live | IC 007: Sump pumps.; IC 009: Batteries. |
| | | AquaStorm | | |
| 88438435 | STORMPRO | Image for 88438435 | Live | IC 007: Fitted fabric covers for electricity generators, log splitters being machines, and lawn mowers.; IC |
| | | DIGISTORM | | |
| 98652382 | WHEELSTORM | Image for 98652382 | Live | IC 007: Car washing machines; car washing equipment, namely, automatic operated machines for |
| | | AQUASTORM | | |
| 99109196 | AQUASTORM | Image for 99109196 | Live | IC 007: Pressure washing machines. |